IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF TEXAS
**Corpus Christi** DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 30 2014

David J. Bradley, Clerk of Court

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

**CHRISTOPHER ESTRADA #1126845**
Plaintiff's name and ID Number

**Byrd Unit Huntsville Tx**
Place of Confinement

CASE NO: **2:14CV149**
(Clerk will assign the number)

v.

**Deputy Cop. White**        **901 Leopard**
Defendant's name and address  **Corpus Christi Tx. 78401**

**Sherrif Jim Kaelin**       **901 Leopard**
Defendant's name and address  **Corpus Christi Tx. 78401**

_____
Defendant's name and address
(DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I. PREVIOUS LAWSUITS:**

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?  _____ YES  __✓__ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: __N/A__

2. Parties to previous lawsuit:
   Plaintiff(s): __N/A__
   Defendant(s): __N/A__

3. Court (If federal, name the district; if state, name the county) __N/A__

4. Docket Number: __N/A__

5. Name of judge to whom case was assigned: __N/A__

6. Disposition: (Was the case dismissed, appealed, still pending?) __N/A__

7. Approximate date of disposition: __N/A__

II. PLACE OF PRESENT CONFINEMENT: _ByRD UNIT HuNTSVille_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution? __✓__ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system. : _THE COPIES ARE AT THE NUECES COUNTY JAIL_

IV. PARTIES TO THE SUIT:

A. Name of address of plaintiff: _CHRISTOPHER ESTRADA #1126845 21 F.M. 247 HUNTSVILLE TX. 77320_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _OFFICER COTTI WHITE NUECES COUNTY JAIL CORPUS CHRISTI_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
_PHYSICAL ASSAULT AND DENIAL OF MEDICAL ATTENTION_

Defendant #2: _NUECES COUNTY SHERRIF AND DEPARTMENT CORPUS CHRISTI TX. (JIM KAELIN)_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
_ALLOWED OFFICER COTTI WHITE CONTINUED ACCESS TO ME (DELIBERATE INDIFFERANCE)_

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ON 10-29-2013 I WAS ASSAULTED BY OFFICER Cotti WHITE WHILE I WAS IN CUSTODY OF THE NUECES COUNTY SHERRIFFS OFFICE AT THEIR JAIL FACILITY IN CORPUS CHRISTI TX. WITHOUT PROVOCATION THIS OFFICER BASHED MY HEAD AND FACE INTO THE WALL. HE THEN PICKED ME UP AND DROVE ME INTO THE CONCRETE FLOOR AND THEN DROPPED THE ENTIRETY OF HIS 350 POUND BULK ONTO MY PROSTRATE FORM. BECAUSE BOTH OF MY HANDS WERE BEHIND MY BACK FROM BEGINNING TO END I WAS UNABLE TO PROTECT MY FACE, NECK, HEAD, AND SPINAL VITAL AREAS. I WAS UNABLE →

## VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

THIS PLAINTIFF SEEKS $150,000 IN ACTUAL, SAME IN PUNITIVE AGAINST Cotti WHITE $150,000 ACTUAL, SAME PUNITIVE AGAINST SHERRIFF AND ANY OTHER RELIEF THIS COURT SEES FIT TO GIVE

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

CHRISTOPHER ESTRADA

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

#673730 AND #1126845

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
   1. Court that imposed sanctions (If federal, give district and division): N/A
   2. Case Number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied? N YES A NO

ATC 1983 (Rev. 04/06)     Page 4 of 5

TO RESIST OR PROTEST WHEN OFFICER [cotti] WHITE UNCEREMONIOUSLY PICKED ME UP AND DRAGGED ME TO THE CELL AREA AND LOCKED ME AWAY EFFECTIVELY DELAYING ANY MEDICAL ATTENTION. LATER ON THAT NIGHT I HAD 4 SEIZURES AS A RESULT OF THE ATTACK. I ALSO HAD LACERATIONS AND CONTUSIONS. BEFORE THIS ATTACK I WAS ALREADY UNDER THE CARE OF THE PSYCHIATRIC DOCTOR AND ON MEDICATION FOR PSYCHIATRIC DISORDER.

   THIS ENTIRE EPISODE WAS CAPTURED ON THE SECURITY CAMERAS AND WITNESSED BY AT LEAST 2 OTHER OFFICERS WATCHING THE MONITOR SCREENS. THEIR STATEMENTS ALONG WITH THE MEDICAL EVIDENCE SPARKED AN OFFICIAL INQUIRY WITH ME PICKING MY ASSAILANT OUT OF A PHOTO LINEUP AND GIVING A SWORN TAPED DEPOSITION TO ASSIST IN FILING CRIMINAL CHARGES...

DESPITE EVERYTHING THIS OFFICER WAS GIVEN CONTINUED <u>DIRECT ACCESS</u> TO ME BY BEING REPEATEDLY ALLOWED TO WORK IN MY HOUSING AREA. HE MADE REPEATED THREATS OF WHAT WOULD HAPPEN IF I PURSUED THE MATTER. HE DEPRIVED ME OF FOOD AND MY DAYROOM RECREATION TIME.

   LIVING IN CONSTANT FEAR FOR MY SAFETY I SUFFERED REPEATED EMOTIONAL AND MENTAL EPISODES. THE SHERRIFF AND HIS ADMINISTRATORS WERE AWARE OF THIS SITUATION AND THEIR ALLOWING OFFICER [cotti] WHITE TO KEEP UP HIS CAMPAIGN OF MENTAL, EMOTIONAL, AND PSYCHOLOGICAL TERROR AMOUNTED TO DELIBERATE INDIFFERANCE TO THE NEEDS OF A DISABLED PERSON.

   EACH PESON IS SUED IN HIS OR HER INDIVIDUAL AND OFFICIAL CAPACITY.

4A

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warning were imposed: __N/A__

Executed on: __4-24-2014__
(Date)

__CHRISTOPHER ESTRADA__
(Printed Name)

__/s/ Christopher Estrada__
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __24TH__ day of __APRIL__, 20 __14__.
(Day)            (Month)                 (Year)

__CHRISTOPHER ESTRADA__
(Printed Name)

__/s/ Christopher Estrada__
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

Christopher Estrada #1126845
2 F.M. 247 Byrd Unit
Huntsville Tx. 77320

Clerk, U.S. District Court
Southern District of Texas
FILED
APR 30 2014
David J. Bradley, Clerk of Court

U.S. District Court
1133 North Shoreline Blvd.
Corpus Christi, Tx. 78401