UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 28 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| CHRISTOPHER ESTRADA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-149 |
| | § | |
| JIMMY COTI WHITE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## VERDICT

### Question No. 1.

Under the Eighth Amendment, do you find by a preponderance of the evidence that Defendant Jimmy Coti White used force against Plaintiff Christopher Estrada maliciously or sadistically for the purpose of harming Plaintiff Christopher Estrada?

Answer "Yes" or "No":

Answer:  _NO_

Please proceed to the next question.

## Question No. 2.

Under the Fourteenth Amendment, do you find by a preponderance of the evidence that Defendant Jimmy Coti White used force against Plaintiff Christopher Estrada that was objectively unreasonable?

Answer "Yes" or "No":

Answer: _Yes_

If you answered "Yes" to Question No. 1 and/or Question No. 2, then answer Question No. 3.  If you answered "No" to both Question No. 1 and Question No. 2, then do not answer any further questions.  Sign and date the verdict form where indicated and give it to the court security officer.

## Question No. 3

Do you find that Plaintiff Christopher Estrada suffered some harm as a result of Defendant Jimmy Coti White's use of force?

Answer "Yes" or "No":

Answer: ___Yes___

If you answered "No" to Question No. 3, then do not answer any further questions. Sign and date the verdict form where indicated and give it to the court security officer. If you answered "Yes" to Question No. 3, then answer Question No. 4.

## Question No. 4

Do you find from a preponderance of the evidence that Defendant Jimmy Coti White is entitled to qualified immunity; specifically, do you find that Defendant's actions were objectively reasonable in light of the facts and circumstances confronting him at the time, without regard to his underlying subjective intents or motivations?

Answer "Yes" or "No":

Answer: ___*NO*___

If you answered "No," then answer Question No. 5.  If you answered "Yes," then do not answer any further questions.  Sign and date the verdict form where indicated and give it to the court security officer.

**Question No. 5.**

What amount of money, if any, paid now in cash, would fairly and reasonably compensate Plaintiff Christopher Estrada for the violation of his constitutional rights that you have found?

Answer in dollars and cents, if any:

Answer: $ _5,000.00_

Please proceed to the next question.

## Question No. 6.

Do you find that Plaintiff Christopher Estrada proved, by a preponderance of the evidence, that Defendant Jimmy Coti White acted with such malice or reckless indifference to the health or safety of Plaintiff that Defendant Jimmy Coti White should be punished by an award of punitive damages against him?

Answer "Yes" or "No":

Answer: _YES_

If you answered "Yes," then answer Question No. 7. If you answered "No," then do not answer any further questions. Sign and date the verdict form where indicated and give it to the court security officer.

### Question No. 7

What amount of money, if any, paid now in cash, has Plaintiff Christopher Estrada established by a preponderance of the evidence to be an appropriate amount for punitive damages?

Answer in dollars and cents, if any:

Answer: $ _5,000.00_

**Please sign and date the verdict form and give it to the court security officer.**

DATED: _28 JAN 2016_



_FOREPERSON OF THE JURY_