United States District Court
Southern District of Texas
**ENTERED**
February 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ESTRADA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-149 |
| | § | |
| JIMMY COTI WHITE, | § | |
| | § | |
| Defendant. | § | |

### JUDGMENT OF THE COURT

On January 28, 2016, the jury entered a verdict, and on that verdict this Court enters judgment that Defendant pay Plaintiff $10,000.00 in damages.

This is a final judgment.

ORDERED this 8th day of February, 2016.

_____
Jason B. Libby
United States Magistrate Judge